| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____  Chapter **11** |

○ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Prince Bakery SA, Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
47-3927313

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2418 Belmont Avenue<br>Bronx, NY 10475<br>Number, Street, City, State & ZIP Code | 2245 New England Thruway<br>Bronx, NY 10475<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Bronx<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
○ Partnership (excluding LLP)  
○ Other. Specify: _____

Debtor  **Prince Bakery SA, Inc.**                                                    Case number (*if known*)
　　　　　Name

**7. Describe debtor's business**

A. *Check one:*

○ Health Care Business (as defined in 11 U.S.C. § 101(27A))

○ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

○ Railroad (as defined in 11 U.S.C. § 101(44))

○ Stockbroker (as defined in 11 U.S.C. § 101(53A))

○ Commodity Broker (as defined in 11 U.S.C. § 101(6))

○ Clearing Bank (as defined in 11 U.S.C. § 781(3))

∩ None of the above

B. *Check all that apply*

○ Tax-exempt entity (as described in 26 U.S.C. §501)

○ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

○ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__3118__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

○ Chapter 7

○ Chapter 9

∩ Chapter 11. *Check **all** that apply*:

　　○ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　∩ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　○ A plan is being filed with this petition.

　　○ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　○ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　○ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

○ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

∩ No.

○ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

Debtor **Prince Bakery SA, Inc.**     Case number (*if known*) _____
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

○ No
⊓ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**     Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

⊓   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

○   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

⊓ No
○ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

○ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

○ It needs to be physically secured or protected from the weather.

○ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

○ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

○ No
○ Yes. Insurance agency _____
     Contact name _____
     Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

⊓ Funds will be available for distribution to unsecured creditors.

○ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

⊓ 1-49
○ 50-99
○ 100-199
○ 200-999

○ 1,000-5,000
○ 5001-10,000
○ 10,001-25,000

○ 25,001-50,000
○ 50,001-100,000
○ More than 100,000

**15. Estimated Assets**

⊓ $0 - $50,000
○ $50,001 - $100,000
○ $100,001 - $500,000
○ $500,001 - $1 million

○ $1,000,001 - $10 million
○ $10,000,001 - $50 million
○ $50,000,001 - $100 million
○ $100,000,001 - $500 million

○ $500,000,001 - $1 billion
○ $1,000,000,001 - $10 billion
○ $10,000,000,001 - $50 billion
○ More than $50 billion

**16. Estimated liabilities**

⊓ $0 - $50,000

○ $1,000,001 - $10 million

○ $500,000,001 - $1 billion

| Debtor | **Prince Bakery SA, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

- ○ $50,001 - $100,000
- ○ $100,001 - $500,000
- ○ $500,001 - $1 million

- ○ $10,000,001 - $50 million
- ○ $50,000,001 - $100 million
- ○ $100,000,001 - $500 million

- ○ $1,000,000,001 - $10 billion
- ○ $10,000,000,001 - $50 billion
- ○ More than $50 billion

Debtor **Prince Bakery SA, Inc.**    Case number (*if known*)
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 9, 2021**
MM / DD / YYYY

X **/s/ Anthony M. Rusciano**                    **Anthony M. Rusciano**
Signature of authorized representative of debtor    Printed name

Title    **President**

**18. Signature of attorney**

X **/s/ Kenneth M. Lewis**                       Date **February 9, 2021**
Signature of attorney for debtor                 MM / DD / YYYY

**Kenneth M. Lewis**
Printed name

**Whiteford, Taylor & Preston LLP**
Firm name

**220 White Plains Road**
**Second Floor**
**Tarrytown, NY 10591**
Number, Street, City, State & ZIP Code

Contact phone    **(914) 761-8400**    Email address    **klewis@wtplaw.com**

**2107308 NY**
Bar number and State

## **Bankruptcy Cases Being Filed by the Debtor and Affiliates of the Debtor**

Each of the entities below (collectively, the "Debtors") are filing a petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York. The Debtors will move for joint administration of these cases under the case number assigned to the chapter 11 case of Prince Bakery, Inc.

- Prince Bakery, Inc.
- Prince Bakery SA, Inc.
- Blue Spruce Corporation

# WRITTEN CONSENT OF THE BOARD
# OF DIRECTORS OF PRINCE BAKERY SA, INC.

The undersigned sole shareholder, officer and Director of Prince Bakery SA, Inc. (the "Corporation") does hereby consent to, adopt, and approve, by written consent in accordance with Section 708(b) of the New York Business Corporation Law, the following resolutions and each and every action effected thereby.

RESOLVED, that, in the judgment of the Board, it is desirable and in the best interests of the Corporation, its creditors, employees, and other interested parties that a petition be filed under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and it is further

RESOLVED, that Anthony M. Rusciano, as President of the Corporation, and any other person designated and authorized to act by him (each, an "Authorized Officer"), are hereby authorized and empowered, in the name and on behalf of the Corporation, to execute and verify the petition under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Southern District of New York, at such time as the Authorized Officer executing the petition shall determine; and it is further

RESOLVED, that Anthony M. Rusciano, as President, and any other Authorized Officer, are hereby authorized on behalf of the Corporation to execute and file all petitions, schedules, motions, lists, applications, and other documents, and to take any and all actions which they deem necessary or proper in connection with such proceedings under chapter 11 of the Bankruptcy Code; and it is further

RESOLVED, that the Company is authorized to employ the law firm of Whiteford, Taylor & Preston LLP, 220 White Plains Road, Tarrytown, NY, 10591, to represent the Corporation in the Corporation's chapter 11 case; and it is further

RESOLVED, that any and all past actions heretofore taken by Anthony M. Rusciano, in the name and on behalf of the Corporation in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved.

Executed this 8th day of February, 2021

_____
Anthony M. Rusciano,
Sole Shareholder
Chairman of the Board
President

**Fill in this information to identify the case:**

Debtor name: **Prince Bakery SA, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 9, 2021**     X **/s/ Anthony M. Rusciano**
　　　　　　　　　　　　　　　　　　　　　Signature of individual signing on behalf of debtor

　　　　　　　　　　　　　　　　　　　　　**Anthony M. Rusciano**
　　　　　　　　　　　　　　　　　　　　　Printed name

　　　　　　　　　　　　　　　　　　　　　**President**
　　　　　　　　　　　　　　　　　　　　　Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Prince Bakery SA, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF NEW YORK**

Case number (if known):

○ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Joseph A. Maria, Esq.<br>301 Old Tarrytown Road<br>White Plains, NY 10603 | jmariapc@njmariapc.onmicrosoft.com<br>(914) 572-2069 | Claimed Commissions | Disputed Subject to Setoff | | | $0.00 |
| Michael D. Olsey<br>6 Tamarac Circle<br>Harrison, NY 10528 | (914) 572-2069 | Claimed Management Fees | Disputed Subject to Setoff | | | $0.00 |
| NYS Workers Compensation Board<br>Attn:  Finance Office<br>328 State Street, Room 331<br>Schenectady, NY 12305-2302 | | Judgment | | | | $25,000.00 |

# United States Bankruptcy Court
## Southern District of New York

In re  **Prince Bakery SA, Inc.**
Debtor(s)

Case No.
Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Anthony M. Rusciano**<br>**19 Knolltop Road**<br>**Elmsford, NY 10523** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **February 9, 2021**

Signature  **/s/ Anthony M. Rusciano**
**Anthony M. Rusciano**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re  **Prince Bakery SA, Inc.**                                                                    Case No.
                                            Debtor(s)                                                Chapter    **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Prince Bakery SA, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

∩ None [*Check if applicable*]

| | |
|---|---|
| **February  9, 2021** | **/s/ Kenneth M. Lewis** |
| Date | **Kenneth M. Lewis** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Prince Bakery SA, Inc.** |
| | **Whiteford, Taylor & Preston LLP** |
| | **220 White Plains Road** |
| | **Second Floor** |
| | **Tarrytown, NY 10591** |
| | **(914) 761-8400** |
| | **klewis@wtplaw.com** |

The additional documents, disclosures, statements and other information required by section 1116(1) of the Bankruptcy Code and Rule 1007-2 of the Local Bankruptcy Rules are included in the accompanying Declaration of Anthony M. Rusciano Pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York.